**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
In re:                                                           :    Chapter 11
                                                                 :
GCX Limited, et al.,[1]                                          :    Case No. 19-12031 (CSS)
                                                                 :
       Debtors.                  :    (Jointly Administered)
                                                                 :
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 16, 2019 AT 12:00 P.M. (ET)**

**UNCONTESTED MATTERS WITH CERTIFICATION**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [D.I. 4, 9/15/19]

    Related Documents:

    A. Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [D.I. 44, 9/16/19]

    B. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 59, 9/17/19]

    C. Certification of Counsel [D.I. 87, 10/11/19]

    D. Proposed Final Order

    Objection Deadline:    October 9, 2019 at 4:00 p.m. (ET)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are GCX Limited (n/a); FLAG Telecom Development Limited (n/a); FLAG Telecom Group Services Limited (n/a); FLAG Telecom Ireland Network DAC (n/a); FLAG Telecom Network Services DAC (n/a); FLAG Telecom Network USA Limited (2662); Reliance FLAG Atlantic France SAS (n/a); Reliance FLAG Telecom Ireland DAC (n/a); Reliance Globalcom Limited (n/a); Reliance Vanco Group Limited (n/a); Vanco Australasia Pty Limited (n/a); Vanco GmbH (n/a); Vanco SAS (n/a); Vanco UK Limited (n/a); Vanco US, LLC (0221); and VNO Direct Limited (n/a). The location of Debtor FLAG Telecom Network USA Limited's principal place of business and the Debtors' service address in these chapter 11 cases is 3190 S Vaughn Way, # 550, Aurora, CO 80014.

01:25339409.1

    Objections/Responses Filed:

        E.  Informal comments from Equinix, Inc.

    Status:  A revised form of order resolving the informal comments received has been submitted under certification of counsel.  Unless the Court has questions, no hearing is required.

2.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Pay Premiums Thereunder and (II) Granting Related Relief [D.I. 5, 9/15/19]

    Related Documents:

        A.  Interim Order (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Pay Premiums Thereunder and (II) Granting Related Relief [D.I. 46, 9/16/19]

        B.  Omnibus Notice of Pleadings and Hearing Thereon [D.I. 59, 9/17/19]

        C.  Certification of Counsel [D.I. 88, 10/11/19]

        D.  Proposed Final Order

    Objection Deadline:    October 9, 2019 at 4:00 p.m. (ET)

    Objections/Responses Filed:  None.

    Status:  A revised form of order has been submitted under certification of counsel.  Unless the Court has questions, no hearing is required.

3.  Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Honor Certain Prepetition Obligations to Customers and Partners and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [D.I. 6, 9/15/19]

    Related Documents:

        A.  Interim Order (I) Authorizing the Debtors to (A) Honor Certain Prepetition Obligations to Customers and Partners and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [D.I. 43, 9/16/19]

        B.  Omnibus Notice of Pleadings and Hearing Thereon [D.I. 59, 9/17/19]

        C.  Certification of Counsel [D.I. 89, 10/11/19]

    D. Proposed Final Order

Objection Deadline:    October 9, 2019 at 4:00 p.m. (ET)

Objections/Responses Filed:  None.

Status:    A revised form of order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

4. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [D.I. 7, 9/15/19]

    Related Documents:

    A. Interim Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [D.I. 47, 9/16/19]

    B. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 59, 9/17/19]

    C. Certification of Counsel [D.I. 90, 10/11/19]

    D. Proposed Final Order

Objection Deadline:    October 9, 2019 at 4:00 p.m. (ET)

Objections/Responses Filed:

    E. Informal comments from an ad hoc group of Texas taxing authorities.

Status:    A revised form of order resolving the informal comments received has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [D.I. 8, 9/15/19]

    Related Documents:

    A. Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [D.I. 39, 9/16/19]

    B. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 59, 9/17/19]

    C. Certification of Counsel [D.I. 91, 10/11/19]

  D. Proposed Final Order

Objection Deadline:   October 9, 2019 at 4:00 p.m. (ET)

Objections/Responses Filed:  None.

Status:  A revised form of order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and (B) Section 503(b)(9) Claimants and (II) Granting Related Relief [D.I. 9, 9/15/19]

   Related Documents:

   A. Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and (B) Section 503(b)(9) Claimants and (II) Granting Related Relief [D.I. 41, 9/16/19]

   B. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 59, 9/17/19]

   C. Certification of Counsel [D.I. 92, 10/11/19]

   D. Proposed Final Order

Objection Deadline:   October 9, 2019 at 4:00 p.m. (ET)

Objections/Responses Filed:  None.

Status:  A revised form of order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Check Stock, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [D.I. 11, 9/15/19]

   Related Documents:

   A. Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Check Stock, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [D.I. 42, 9/16/19]

   B. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 59, 9/17/19]

      C. Certification of Counsel [D.I. 93, 10/11/19]

      D. Proposed Final Order

Objection Deadline:   October 9, 2019 at 4:00 p.m. (ET)

Objections/Responses Filed:  None.

Status:  A revised form of order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 17, 9/15/19]

   Related Documents:

      A. Interim Order Pursuant to Sections 105, 361, 362, 363, and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, 6004, and 9014 (A) Authorizing the Debtors to (I) Use Cash Collateral, (II) Obtain Secured Superpriority Postpetition Financing and Grant Liens and Superpriority Administrative Claims, and (III) Provide Adequate Protection, (B) Scheduling a Final Hearing, and (C) Granting Related Relief [D.I. 49, 9/16/19]

      B. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 59, 9/17/19]

      C. Certification of Counsel [D.I. 94, 10/11/19]

      D. Proposed Final Order

Objection Deadline:   October 9, 2019 at 4:00 p.m. (ET)

Objections/Responses Filed:

      E. Informal comments from the Ad Hoc Group of Senior Secured Noteholders and an ad hoc group of Texas taxing authorities

Status:  A revised form of order resolving the informal comments received has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

9. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [D.I. 80, 10/2/19]

   <u>Related Documents</u>:

   A. Certificate of No Objection [D.I. 95, 10/11/19]

   B. Proposed Order

   <u>Objection Deadline</u>:    October 9, 2019 at 4:00 p.m. (ET)

   <u>Objections/Responses Filed</u>:  None.

   <u>Status</u>:   A certificate of no objection has been filed.  Unless the Court has questions, no hearing is required.

10. Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date [D.I. 81, 10/2/19]

    <u>Related Documents</u>:

    A. Certificate of No Objection [D.I. 96, 10/11/19]

    B. Proposed Order

    <u>Objection Deadline</u>:    October 9, 2019 at 4:00 p.m. (ET)

    <u>Objections/Responses Filed</u>:  None.

    <u>Status</u>:   A certificate of no objection has been filed.  Unless the Court has questions, no hearing is required.

[SIGNATURE PAGE FOLLOWS]

01:25339409.1

6

Dated: October 11, 2019
    Wilmington, Delaware

/s/ Jared W. Kochenash
M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
Jaime Luton Chapman (No. 4936)
Jared W. Kochenash (No. 6557)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Chris L. Dickerson (admitted *pro hac vice*)
Brendan M. Gage (admitted *pro hac vice*)
Robert A. Dixon Jr. (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

- and -

Todd M. Schwartz (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Proposed Counsel to the Debtors and Debtors in Possession*