**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:
:
GCX Limited, et al.,[1]
:
Debtors.
:
---------------------------------------------------------------x

: Chapter 11
:
: Case No. 19-12031 (CSS)
:
: Jointly Administered
:
: **RE: Docket Nos. 12, 13, 50, 51, 61, 72, 74, 118, & 125**

**NOTICE OF (I) ADJOURNMENT OF COMBINED HEARING TO CONSIDER ADEQUACY OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, (II) EXTENSION OF RELATED OBJECTION DEADLINE, AND (III) CANCELLATION OF AUCTION**

**PLEASE TAKE NOTICE** that, on September 15, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Joint Prepackaged Chapter 11 Plan of GCX Limited and its Debtor Affiliates* [Docket No. 12] (as may be amended, supplemented or otherwise modified, the "Plan")[2] and related disclosure statement [Docket No. 13]. On September 16, 2019, the Court entered an order [Docket No. 50] (the "Scheduling Order") approving, among other things, a schedule of events and deadlines related to confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on September 16, 2019, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Certain Bid Protections, and (VI) Granting Related Relief* [Docket No. 51].

**PLEASE TAKE FURTHER NOTICE** that on September 25, 2019, the Court entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors'*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are GCX Limited (n/a); FLAG Telecom Development Limited (n/a); FLAG Telecom Group Services Limited (n/a); FLAG Telecom Ireland Network DAC (n/a); FLAG Telecom Network Services DAC (n/a); FLAG Telecom Network USA Limited (2662); Reliance FLAG Atlantic France SAS (n/a); Reliance FLAG Telecom Ireland DAC (n/a); Reliance Globalcom Limited (n/a); Reliance Vanco Group Limited (n/a); Vanco Australasia Pty Limited (n/a); Vanco GmbH (n/a); Vanco SAS (n/a); Vanco UK Limited (n/a); Vanco US, LLC (0221); and VNO Direct Limited (n/a). The location of Debtor FLAG Telecom Network USA Limited's principal place of business and the Debtors' service address in these chapter 11 cases is 3190 S Vaughn Way, # 550, Aurora, CO 80014.

[2] Capitalized terms used but not defined herein shall have the meaning set forth in the Plan or the Bidding Procedures Order (as defined below), as applicable.

*Assets, (II) Scheduling an Auction, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Certain Bid Protections, and (V) Granting Related Relief* (the "Bidding Procedures Order") [Docket No. 72].  The Bidding Procedures Order approved, among other things, the implementation of the Bidding Procedures in connection with the sale of substantially all of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order established October 18, 2019 at 4:00 p.m. (ET) (the "Bid Deadline") as the deadline by which all Qualified Bids must be actually received by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that on October 29, 2019, in consultation with the Consultation Parties, and in accordance with the Bidding Procedures, the Debtors filed their *Notice of Revised Bid Deadline and Rescheduled Date for Auction* [Docket No. 118] (the "Rescheduling Notice") (i) extending the Bid Deadline from October 18, 2019 at 4:00 p.m. (ET) to November 1, 2019 at 4:00 p.m. (ET) (the "New Bid Deadline") and (ii) rescheduling the Auction previously scheduled for October 25, 2019 at 10:00 a.m. (ET) to November 8, 2019 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that while the Debtors received various proposals for transactions prior to the New Bid Deadline, none of the proposals were higher or better than the Reorganization Transaction contemplated by the Plan, which provides that, among other things, Holders of the Senior Secured Notes Claims will receive the New Equity Interests pursuant to the terms of the Plan.  Accordingly, the Auction is cancelled and the Debtors are proceeding with approval of the Reorganization Transaction under the Plan.  While the Debtors are moving forward with approval of the Reorganization Transaction, the Debtors intend to continue to consider all value-maximizing bids to determine whether those could be improved such that any proposed terms would be considered higher or better than the Reorganization Transaction.

**PLEASE TAKE FURTHER NOTICE** that the combined hearing (the "Combined Hearing") to consider the adequacy of the Disclosure Statement and confirmation of the Plan previously scheduled pursuant to the Scheduling Order for November 13, 2019 at 10:00 a.m. (ET) has been adjourned to **December 4, 2019 at 1:00 p.m. (ET)**.[3]

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections (each, an "Objection") to the adequacy of the Disclosure Statement and confirmation of the Plan (including, without limitation, approval of the assumption or assumption and assignment of executory contracts and unexpired leases) is extended to **November 27, 2019 at 4:00 p.m. (ET)** (the "**Objection Deadline**").  Any such Objection must:  (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest owned by such entity; (d) state with particularity the legal and factual basis for such objections, and, if practicable, a proposed modification to the

---

[3] The Combined Hearing may be further adjourned from time to time without further notice other than by filing a notice on the Court's docket indicating such adjournment or an announcement of the adjourned date or dates at the Combined Hearing.

Plan or Disclosure Statement that would resolve such objections; and (e) be filed with the Court with proof of service thereof and served upon the Debtors' counsel at the address specified below so as to be **actually received** no later than the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a copy of each document filed in the above-captioned chapter 11 cases can be viewed for a fee on the Court's website at https://www.deb.uscourts.gov or free of charge on the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/GCX.

Dated:  November 7, 2019
　　　　Wilmington, Delaware

*/s/ Jaime Luton Chapman*
M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
Jaime Luton Chapman (No. 4936)
Jared W. Kochenash (No. 6557)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Chris L. Dickerson
Brendan M. Gage
Robert A. Dixon Jr.
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

- and -

Todd M. Schwartz
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Counsel to the Debtors and Debtors in Possession*