**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
GCX Limited, et al.,[1]                 :    Case No. 19-12031 (CSS)
                                        :
            Debtors.                    :    Jointly Administered
                                        :
-----------------------------------------------------------x
```

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 4, 2019 AT 1:00 P.M. (ET)**

## RESOLVED MATTER

1.    Debtors' Application for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Lazard Freres & Co. LLC and Lazard & Co., Limited as Investment Banker for the Debtors and Debtors in Possession, Effective as of the Petition Date, and Modifying Certain Time-Keeping Requirements of Local Rule 2016-2 [D.I. 115, 10/15/19]

Related Documents:

A.    Supplemental Declaration of Kenneth S. Ziman in Support of Debtors' Application for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Lazard Freres & Co. LLC and Lazard & Co., Limited as Investment Banker for the Debtors and Debtors in Possession, Effective as of the Petition Date, and Modifying Certain Time-Keeping Requirements of Local Rule 2016-2 [D.I. 154, 11/20/19]

B.    Certification of Counsel [D.I. 155, 11/20/19]

C.    Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Lazard Freres & Co. LLC and Lazard & Co., Limited as Investment Banker for the Debtors and Debtors in

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are GCX Limited (n/a); FLAG Telecom Development Limited (n/a); FLAG Telecom Group Services Limited (n/a); FLAG Telecom Ireland Network DAC (n/a); FLAG Telecom Network Services DAC (n/a); FLAG Telecom Network USA Limited (2662); Reliance FLAG Atlantic France SAS (n/a); Reliance FLAG Telecom Ireland DAC (n/a); Reliance Globalcom Limited (n/a); Reliance Vanco Group Limited (n/a); Vanco Australasia Pty Limited (n/a); Vanco GmbH (n/a); Vanco SAS (n/a); Vanco UK Limited (n/a); Vanco US, LLC (0221); and VNO Direct Limited (n/a). The location of Debtor FLAG Telecom Network USA Limited's principal place of business and the Debtors' service address in these chapter 11 cases is 3190 S Vaughn Way, # 550, Aurora, CO 80014.

[2]    Amended information appears in **bold**.

Possession, Effective as of the Petition Date, and Modifying Certain Time-Keeping Requirements of Local Rule 2016-2 [D.I. 162, 11/25/19]

Objection Deadline:    October 29, 2019 at 4:00 p.m. (ET) [Extended to November 15, 2019 at 4:00 p.m. (ET) solely with respect to the Ad Hoc Group of Senior Secured Noteholders]

Objections/Responses Filed:

    D.  Informal comments
        i.    U.S. Trustee
        ii.   Ad Hoc Group of Senior Secured Noteholders

Status:  An order has been entered.  No hearing is necessary.

## CONTESTED MATTERS

2.    Joint Prepackaged Chapter 11 Plan of GCX Limited and its Debtor Affiliates [D.I. 12, 9/15/19]

Related Documents:

    A.    Disclosure Statement for Joint Prepackaged Chapter 11 Plan of GCX Limited and its Debtor Affiliates [D.I. 13, 9/15/19]

    B.    Debtors' Motion for Entry of an Order (I) Scheduling a Combined Hearing to Consider (A) Approval of Disclosure Statement, (B) Approval of Solicitation Procedures and Dates, Deadlines, Ballots, and Notices Related Thereto, and (C) Confirmation of Prepackaged Plan; (II) Establishing an Objection Deadline to Object to Disclosure Statement and Plan; (III) Approving the Form and Manner of Notice of Combined Hearing, Objection Deadline and Notice of Commencement; (IV) Conditionally Waiving Requirement to Convene the Meeting of Creditors; (V) Approving Notice and Objection Procedures for the Assumption and Assumption and Assignment of Executory Contracts and Unexpired Leases; (VI) Conditionally Waiving the Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities, and (VII) Granting Related Relief [D.I. 14, 9/15/19]

    C.    Order (I) Scheduling a Combined Hearing to Consider (A) Approval of Disclosure Statement, (B) Approval of Solicitation Procedures and Dates, Deadlines, Ballots, and Notices Related Thereto, and (C) Confirmation of Prepackaged Plan; (II) Establishing an Objection Deadline to Object to Disclosure Statement and Plan; (III) Approving the Form and Manner of Notice of Combined Hearing, Objection Deadline and Notice of Commencement; (IV) Conditionally Waiving Requirement to Convene the Meeting of Creditors; (V) Approving Notice and Objection Procedures for the Assumption and Assumption and Assignment of Executory Contracts and Unexpired Leases; (VI) Conditionally Waiving the Requirement of Filing Statements of Financial Affairs and

Schedules of Assets and Liabilities, and (VII) Granting Related Relief [D.I. 50, 9/16/19]

D.  Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Certain Bid Protections, and (V) Granting Related Relief [D.I. 51, 9/16/19]

E.  Declaration of Kenneth S. Ziman in Support of Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Certain Bid Protections, and (V) Granting Related Relief [D.I. 52, 9/16/19]

F.  Affidavit of Service of Solicitation Materials [D.I. 53, 9/16/19]

G.  Notice of (I) Commencement of Chapter 11 Bankruptcy Cases, (II) Combined Hearing on the Disclosure Statement, Confirmation of the Joint Prepackaged Chapter 11 Plan, and Related Matters, (III) Related Objection and Briefing Deadlines, and (IV) Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures [D.I. 61, 9/17/19]

H.  Affidavit of Service [Notice of Commencement] [D.I. 64, 9/20/19]

I.  Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Certain Bid Protections, and (V) Granting Related Relief [D.I. 72, 9/25/19]

J.  Notice of Proposed Sale, Bidding Procedures, and Auction [D.I. 74, 9/26/19]

K.  Supplemental Affidavit of Service [Notice of Commencement] [D.I. 84, 10/4/19]

L.  Notice of Revised Bid Deadline and Rescheduled Date for Auction [D.I. 118, 10/29/19]

M.  Notice Regarding Plan Supplement [D.I. 125, 10/30/19]

N.  Notice of (I) Adjournment of Combined Hearing to Consider Adequacy of the Disclosure Statement and Confirmation of the Plan, (II) Extension of Related Objection Deadline, and (III) Cancellation of Auction [D.I. 142, 11/7/19]

O.  Affidavit of Publication [D.I. 149, 11/14/19]

P.  Notice of Filing of Supplement to Joint Prepackaged Chapter 11 Plan of GCX Limited and its Debtor Affiliates [D.I. 156, 11/20/19]

25653335.1

Q.  Declaration of Craig E. Johnson of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Joint Prepackaged Chapter 11 Plan of GCX Limited and its Debtor Affiliates [D.I. 167, 12/2/19]

R.  Debtors' (I) Memorandum of Law in Support of (A) Approval of Debtors' Disclosure Statement, (B) Final Approval of Solicitation Procedures and Forms of Ballots, and (C) Confirmation of Joint Prepackaged Chapter 11 Plan of GCX Limited and its Debtor Affiliates and (II) Omnibus Reply to Objections Thereto [D.I. 168, 12/2/19]

S.  Joint Prepackaged Chapter 11 Plan (As Modified) of GCX Limited and its Debtor Affiliates [D.I. 169, 12/2/19]

T.  Notice of Filing of Blackline of Joint Prepackaged Chapter 11 Plan (As Modified) of GCX Limited and its Debtor Affiliates [D.I. 170, 12/2/19]

U.  Notice of Filing of Proposed Confirmation Order [D.I. 171, 12/2/19]

V.  Notice of Filing of Amended Plan Supplement to Joint Prepackaged Chapter 11 Plan of GCX Limited and its Debtor Affiliated [D.I. 172, 12/2/19]

W.  Motion to Exceed Page Limit Requirements with Respect to Debtors' (I) Memorandum of Law in Support of (A) Approval of Debtors' Disclosure Statement, (B) Final Approval of Solicitation Procedures and Forms of Ballots, and (C) Confirmation of Joint Prepackaged Chapter 11 Plan of GCX Limited and its Debtor Affiliates and (II) Omnibus Reply to Objections Thereto [D.I. 173, 12/2/19]

X.  Declaration of Donald Harer in Support of (A) Approval of Debtors' Disclosure Statement, (B) Final Approval of Solicitation Procedures and Forms of Ballots, and (C) Confirmation of Joint Prepackaged Chapter 11 Plan of GCX Limited and its Debtor Affiliates [D.I. 174, 12/2/19]

Y.  Declaration of Richard Stables in Support of (A) Approval of Debtors' Disclosure Statement, (B) Final Approval of Solicitation Procedures and Forms of Ballots, and (C) Confirmation of Joint Prepackaged Chapter 11 Plan of GCX Limited and its Debtor Affiliates [D.I. 175, 12/2/19]

<u>Objection Deadline</u>:    November 6, 2019 at 4:00 p.m. (ET)
        [Extended to November 27, 2019 at 4:00 p.m. (ET)]

<u>Responses Received</u>:

Z.  Objections of Reliance Communications Ltd. to the Joint Prepackaged Chapter 11 Plan of GCX Limited and its Debtor Affiliates, and the Disclosure Statement for the Plan [D.I. 164, 11/27/19]

    i.  Declaration of Anish Nanavaty, Resolution Professional of Reliance Communications Ltd., in Support of its Objections to the Debtors' Joint

Prepackaged Chapter 11 Plan and Disclosure Statement [D.I. 165, 11/27/19]

AA.    Informal Comments

      i.    U.S. Trustee
     ii.    U.S. Department of Justice
    iii.    Digital Realty
    iv.    Telecom Italia Sparkle, S.p.A.
     v.    Texas Taxing Authorities

Status: All of the informal comments have been resolved. The objection of Reliance Communications Ltd. remains unresolved.  This matter will be going forward.

3.    **Emergency Motion of Reliance Communications Ltd. for Continuance of Hearing on the Debtors' Joint Prepackaged Chapter 11 Plan and Disclosure Statement [D.I. 177, 12/2/19]**

**Related Documents:**

    A. **Motion for Expedited Hearing on the Emergency Motion of Reliance Communications Ltd. for Continuance of Hearing on the Debtors' Joint Prepackaged Chapter 11 Plan and Disclosure Statement [D.I. 178, 12/2/19]**

    B. **Order Granting Expedited Hearing to Consider the Motion of Reliance Communications Ltd. for Continuance of Hearing on the Debtors' Joint Prepackaged Chapter 11 Plan and Disclosure Statement [D.I. 180, 12/2/19]**

**Objection Deadline:  At the hearing.**

**Status: The Debtors intend to file an objection prior to the hearing.  This matter will be going forward.**

Dated: December **3**, 2019
      Wilmington, Delaware

*/s/ Jaime Luton Chapman*

M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
Jaime Luton Chapman (No. 4936)
Jared W. Kochenash (No. 6557)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Chris L. Dickerson (admitted *pro hac vice*)
Brendan M. Gage (admitted *pro hac vice*)
Robert A. Dixon Jr. (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

- and -

Todd M. Schwartz (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Counsel to the Debtors and Debtors in Possession*