IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
GCX Limited, et al.,[1] : Case No. 19-12031 (CSS)
: 
Debtors. : Jointly Administered
: 
: **RE: Docket No. 239**
---------------------------------------------------------------x

**ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS WITHIN WHICH
TO FILE A CHAPTER 11 PLAN AND TO SOLICIT ACCEPTANCES THERETO**

Upon consideration of the motion (the "Motion")[2] of the Debtors for entry of an order pursuant to 11 U.S.C. § 1121(d) extending the Debtors' exclusive periods in which to file a chapter 11 plan or plans of reorganization and to solicit acceptances of such plan or plans; and it appearing that the relief requested in the Motion is in the best interests of Debtors' estates, their creditors, and other parties in interest; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: GCX Limited (n/a); FLAG Telecom Development Limited (n/a); FLAG Telecom Group Services Limited (n/a); FLAG Telecom Ireland Network DAC (n/a); FLAG Telecom Network Services DAC (n/a); FLAG Telecom Network USA Limited (2662); Reliance FLAG Atlantic France SAS (n/a); Reliance FLAG Telecom Ireland DAC (n/a); Reliance Globalcom Limited (n/a); Reliance Vanco Group limited (n/a); Vanco Australasia Pty Limited (n/a); Vanco GmbH (n/a); Vanco SAS (n/a); Vanco UK Limited (n/a); Vanco US, LLC (0221); and VNO Direct Limited (n/a). The location of Debtor FLAG Telecom Network USA Limited's principal place of business and the Debtors' service address in these chapter 11 cases is 3190 S. Vaughn Way, # 550, Aurora, CO 80014.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

25849229.2

28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Plan Period, during which the Debtors have the exclusive right to propose a plan or plans of reorganization in these Chapter 11 Cases, is hereby extended through and including April 13, 2020.

3. The Solicitation Period, during which Debtors have the exclusive right to solicit acceptances of a plan or plans of reorganization in these Chapter 11 cases, is hereby extended through and including June 11, 2020.

4. The relief granted herein shall be without prejudice to the Debtors' rights to request further extensions of the Exclusive Periods or to seek other appropriate relief.

5. This Court shall retain jurisdiction with respect to all matters relating to the implementation or interpretation of this order.

25849229.2

**Dated: January 27th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**